PER CURIAM.
 

 Manuel Rodriguez appeals from a written sentence which does not comport with the trial court’s oral pronouncement at sentencing. We reverse.
 

 It is well settled that when a conflict arises between a written sentence and the trial court’s oral pronouncement of the sentence, the oral pronouncement prevails.
 
 Ashley v. State,
 
 850 So.2d 1265 (Fla.2003). Here, the written sentence reflects that
 
 *958
 
 the trial court sentenced Rodriguez as a habitual felony offender. During sentencing, however, the trial court specifically stated that it was imposing a sentence within the guidelines. Thus, the written sentence does not comport with the trial court’s oral pronouncement.
 

 Accordingly, we reverse the sentence entered below and remand for the trial court to sentence Rodriguez to a guidelines sentence.
 

 Reversed and remanded.